```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
          TAMPA DIVISION
```

ANGEL ROSAS,

    Plaintiff,

v.                            Case No. 8:10-cv-785-T-33EAJ

OUTBACK STEAKHOUSE,

    Defendant.
_____/

## ORDER

    This matter is before the Court sua sponte. On April 9, 2010, this Court entered an Order directing Plaintiff, on or before April 26, 2010, to file either an amended motion to proceed in forma pauperis or to submit the filing fee to the Clerk. (Doc. # 3). The Court's order warned that failure to comply would result in the dismissal of the case. Plaintiff failed to comply with the Court's order. Accordingly, the Court hereby dismisses this case without prejudice.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is dismissed without prejudice.

(2) The Clerk is directed to **CLOSE** this case.

    **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>30th</u> day of April, 2010.

                                          _____
                                          VIRGINIA M. HERNANDEZ COVINGTON
                                          UNITED STATES DISTRICT JUDGE

Copies:

All counsel and parties of record